UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:06-cr-163-LRH-VPC |
| Plaintiff, | **ORDER** |
| vs. | |
| ISMAEL GALVAN, | |
| Defendant. | |

      Having come before this Court this 15th day of December, 2006, this Court grants Defendant's Motion for Emergency Transport concerning an emergency family matter involving an immediate family member.

      IT IS HEREBY ORDERED that the United States Marshal Service is directed to transport Mr. Galvan forthwith to Renown Health Center located on 1155 Mill Street, Reno, Nevada.

_____
UNITED STATES DISTRICT JUDGE